**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5959
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MARQUIS DION PATRICK-HOWARD**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **MARQUIS DION PATRICK-HOWARD**, <br><br> Defendant. | Case No.: 2:18-CR-00095-APG-NJK-2 |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **SUSAN CUSHMAN**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for MARQUIS DION PATRICK-HOWARD**;** that the Sentencing Hearing currently scheduled for November 14, 2019, at 9:30 a.m., be vacated and reset or a date and time convenient to the court, but no earlier than 30 days.

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Susan Cushman and she does not oppose to the continuance.

-1-

4. Defense Counsel is requesting additional time to review the Presentence Investigation Report and investigate Defendant's criminal history.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

**DATED** this 13th day of November 2019.

/S/
**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Attorney for Defendant
**MARQUIS DION PATRICK-HOWARD**

/S/ .
**SUSAN CUSHMAN**
Assistant United States Attorney
501 Las Vegas Blvd. South,
Suite 1100
Las Vegas, NV 89101

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5959
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MARQUIS DION PATRICK-HOWARD**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:18-CR-00095-APG-NJK-2 |
| Plaintiff, | |
| vs. | |
| **MARQUIS DION PATRICK-HOWARD**, | |
| Defendant. | |

## FINDINGS OF FACT

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Susan Cushman and she does not oppose to the continuance.

4. Defense Counsel is requesting additional time to review the Presentence Investigation Report and investigate Defendant's criminal history.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for November 13, 2019, at 9:30 a.m., be continued to **December 20, 2019** at **10:15 a.m.**, in courtroom **6C.**

DATED this 13th day of November, 2019.

_____
**DISTRICT COURT JUDGE**