# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> MARQUIS DION PATRICK-HOWARD, <br><br> Defendant | Case No.: 2:18-cr-00095-APG-NJK <br><br> **Order Denying Motion for Sentence Reduction** <br><br> [ECF No. 132] |

Defendant Marquis Dion Patrick-Howard filed a pro se motion requesting a sentencing reduction. ECF No. 132. The motion is fatally flawed for at least three reasons. First, Mr. Howard has not yet been sentenced, and I cannot reduce a sentence that has not yet been imposed. Second, the sentence I impose will take into account Amendment 782, so there will be no need to reduce it again. Third, Mr. Howard is represented by counsel and therefore cannot file motions on his own. *See* Local Rule IA 11-6.

I THEREFORE DENY Mr. Howard's motion (ECF No. 132).

DATED this 4th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE