**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5959
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MARQUIS DION PATRICK-HOWARD**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:18-CR-00095-APG-NJK-2 |
| Plaintiff, | (FIFTH REQUEST) |
| vs. | |
| **MARQUIS DION PATRICK-HOWARD**, | |
| Defendant. | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **SUSAN CUSHMAN, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for MARQUIS DION PATRICK-HOWARD; that the Sentencing Hearing currently scheduled for January 27, 2021, at 2:00 p.m., be vacated and reset or a date and time convenient to the court, but no earlier than 2 weeks.

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Susan Cushman and she does not oppose to the continuance.

4. Counsel for Defendant has been out sick for the past few weeks.

5. Counsel needs additional time to go over some issues with Defendant.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 5th request for continuance filed herein.

**DATED** this 21st day of January 2021.

| /S/ Osvaldo E. Fumo, Esq. | /S/ Susan Cushman |
|---|---|
| **OSVALDO E. FUMO, ESQ.** | **SUSAN CUSHMAN** |
| Nevada Bar No. 5956 | Assistant United States Attorney |
| 601 Las Vegas Blvd. South | 501 Las Vegas Blvd. South, |
| Las Vegas, Nevada 89101 | Suite 1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| **MARQUIS DION PATRICK-HOWARD** | |

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5959
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**MARQUIS DION PATRICK-HOWARD**

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **MARQUIS DION PATRICK-HOWARD**, <br><br> Defendant. | Case No.: 2:18-CR-00095-APG-NJK-2 |

### FINDINGS OF FACT

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Susan Cushman and she does not oppose to the continuance.

4. Counsel for Defendant has been out sick for the past few weeks.

5. Counsel needs additional time to go over some issues with Defendant.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 5th request for continuance filed herein.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for January 27, 2021, at 2:00 p.m., be continued to the 17th day of February, 2021 at 3:30 p.m. in Las Vegas Courtroom 6C.

DATED this 21st day of January, 2021.

_____
**DISTRICT COURT JUDGE**